| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | PJH 9510 |
| SOUTHERN DISTRICT OF NEW YORK | Tax ID No. 11 3178696 |
| Poughkeepsie Division | |

In re:                                                                                    Bankr. Case No.:  15-35318-cgm

HEATHER F. FAGANS,                                                          Chapter 13

        Debtor.

HEATHER F. FAGANS,                                                          Adv. Proc. No.:  20-09047-cgm

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
NAVIENT SOLUTIONS, LLC,
ASCENDIUM EDUCATION SOLUTIONS,
CITIZENS BANK, N.A. and
EDUCATIONAL CREDIT MANAGEMENT CORPORATION,

        Defendants.

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I am more than 18 years of age and not a party to the matter concerning which service was accomplished.  I further certify that on the 30th day of December, 2020, I served by electronic transmission (email), a true and correct copy of the Notice of Electronic Filing of the Stipulation for Dismissal of Navient Solutions, LLC's as a Defendant in this Adversary Proceeding, upon the following persons:

Patrick J. Best, Plaintiff's counsel at patrick@armlawyers.com
Kenneth Baum, Counsel for Educational Credit Management Corporation at kbaum@kennethbaumdebtsolutions.com

                                                            By:    */s/ Paul J. Hooten*
                                                                  Paul J. Hooten  PJH9510
                                                                  Paul J. Hooten & Associates
                                                                  5505 Nesconset Highway, Suite 203
                                                                  Mt. Sinai, NY  11766
                                                                  Telephone: (631) 331-0547
                                                                  Facsimile: (631) 331-2627
                                                                  Email: pjhooten@mindspring.com
                                                                  Attorneys for Navient Solutions, LLC