**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Poughkeepsie Division**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 4:15-bk-35318-cgm |
| HEATHER F. FAGANS ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | |
| HEATHER F. FAGANS, ) | |
| ) | |
| Plaintiff, ) | Adversary |
| ) | Proceeding No.: 20-09047-cgm |
| v. ) | |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, NAVIENT SOLUTIONS LLC, ) | |
| ASCENDIUM EDUCATION SOLUTIONS, ) | |
| CITIZENS BANK N.A., and EDUCATIONAL ) | |
| CREDIT MANAGEMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

AND NOW, upon consideration of the Plaintiff's Motion for Default Judgment in the above Adversary Proceeding, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Judgment is entered in favor of Plaintiff and against Defendant Ascendium Education Solutions. Plaintiff's student loans held and/or guaranteed by Defendant Ascendium Education Solutions are not excepted from discharge under 11 U.S.C. 523(a)(8) and have therefore been discharged by the Order Discharging Debtor entered on May 28, 2020.



**Dated: January 19, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**