| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **PJH 9510** |
| **SOUTHERN DISTRICT OF NEW YORK** | **Tax ID No. 11 3178696** |
| **Poughkeepsie Division** | |

In re:  Bankr. Case No.: 15-35318-cgm

HEATHER F. FAGANS,  Chapter 13

      Debtor.

HEATHER F. FAGANS,  Adv. Proc. No.: 20-09047-cgm

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
NAVIENT SOLUTIONS, LLC,
ASCENDIUM EDUCATION SOLUTIONS,
CITIZENS BANK, N.A. and
EDUCATIONAL CREDIT MANAGEMENT CORPORATION,

      Defendants.

### ORDER APPROVING
### STIPULATION BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC
### TO DISMISS NAVIENT SOLUTIONS, LLC
### AS A DEFENDANT IN THIS ADVERSARY PROCEEDING

Upon consideration of the Stipulation between Plaintiff, Heather F. Fagans, and Navient Solutions, LLC for dismissal of Navient Solutions, LLC as a defendant in this adversary proceeding (the "Stipulation") and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Stipulation is hereby approved; and it is further

**ORDERED**, that Navient Solutions, LLC is hereby dismissed as a defendant in this adversary proceeding.



**Dated: January 25, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**